

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00399-CV

KATHRYN MARIE PHILLIPS                                                    APPELLANT

V.

MARK PHILLIPS                                                                      APPELLEE

-----------

### FROM COUNTY COURT AT LAW OF HOOD COUNTY
### TRIAL COURT NO. CL213076

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

-----------

We have considered appellant's "Motion to Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

                                                                                        PER CURIAM

PANEL: DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED: May 7, 2015

---

[1]*See* Tex. R. App. P. 47.4.